IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2020 MAR -2  AM 10: 52

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | | |
|---|---|---|
| LUIS ANTONIO CONSTANTIN, PLAINTIFF, | § § § | |
| V. | § § | CAUSE NO. 1:20-CV-38-LY |
| CARRINGTON MORTGAGE SERVICES, LLC, DEFENDANT. | § § § § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On February 27, 2020, the parties filed a Joint Stipulation of Dismissal With Prejudice (Dkt. No. 4) which the court has reviewed and now approves.  Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _2nd_ day of March, 2020.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE